# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4871
_____

MICHAEL AARON ANDERSON,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

October 3, 2018

PER CURIAM.

Based on Appellee's confession of error, the Order of Dismissal is vacated and this cause is remanded for further proceedings. *See Jackson v. McDonough*, 28 So. 3d 61 (Fla. 1st DCA 2006).

WOLF, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Aaron Anderson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Appellee.